Argued and submitted November 3, 1994, decision of the Court of Appeals affirmed by an equally divided court June 27, 1996

STATE OF OREGON,
*Respondent on Review,*

*v.*

GEORGE THOMAS VAN HOOMISSEN, JR.,
*Petitioner on Review.*

(DC DA469399; CA A78558; SC S41295)

918 P2d 429

Wayne Mackeson, Portland, argued the cause and filed the petition for petitioner on review.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause and filed the brief for respondent on review. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Carson, Chief Justice, and Gillette, Fadeley, Unis, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The decision of the Court of Appeals is affirmed by an equally divided court.

** Van Hoomissen, J., did not participate in this opinion.